50 A.3d 15

IN THE MATTER OF GREGORY R. MCCLOSKEY,
A JUDGE OF THE MUNICIPAL COURT.

February 24, 2012.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **GREGORY R. McCLOSKEY,** a Judge of the Municipal Court, be publicly reprimanded for violating *Canon* 1(a judge should maintain high standards of conduct so the integrity and independence of the judiciary are preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 3A(6)(a judge shall neither initiate nor consider *ex parte* or other communications concerning a pending or impending proceeding), *Canon* 3C(1)(a) (a judge should disqualify himself from a proceeding in which the judge's impartiality might reasonably be questioned), of the *Code of Judicial Conduct* and *Rule* 1:12–1(e)(a judge is disqualified from presiding over any matter in which the judge "is interested in the event of the action") and (f)(a judge is disqualified from any action in which there is any reason "which might preclude a fair and unbiased hearing and judgment, or which might reasonably lead counsel or the parties to believe so");

And **GREGORY R. McCLOSKEY** having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **GREGORY R. McCLOSKEY,** a Judge of the Municipal Court, is hereby publicly reprimanded.